IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03215-AP

Javier Torres Roman,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Kathleen W. Robinson
3780 S. Broadway
Englewood CO 80113
(303)3290-6400 (phone)
(303) 329-6410 (facsimile)
raalaw1021@qwestoffice.net

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

James L. Burgess
Special Assistant United States Attorney
Denver CO 80202
(303)844-1856 (phone)
James.burgess@ssa.gov

- 1 -

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** 11/25/13

    **B.    Date Complaint Was Served on U.S. Attorney's Office:** 12/23/13

    **C.    Date Answer and Administrative Record Were Filed:** 3/19/14

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:** 5/19/14

    **B.    Defendant's Response Brief Due:** 7/11/14

    **C.    Plaintiff's Reply Brief (If Any) Due:** 7/28/14

The parties have agreed to extend the time for Defendant's response brief because counsel for Defendant will be on pre-approved leave June 9-20, 2014, and because of counsel's briefing schedule following return from this leave. ***OK - JLK***

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

      B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

      A.    **( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **( x )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 9th day of April, 2014.

                                                     BY THE COURT:

                                                     *S/John L. Kane*
                                                     U.S. DISTRICT COURT JUDGE

APPROVED:                                John F. Walsh,
                                             UNITED STATES ATTORNEY

| | |
|---|---|
| **/s/  Kathleen W. Robinson** | **By:  /s/ James L. Burgess** |
| Kathleen W. Robinson | Special Assistant United States Attorney |
| 3780 S. Broadway | 1961 Stout Street Ste 4169 |
| Englewood CO 80113 | Denver CO 80294-4003 |
| (303) 329-6400 (phone) | (303) 844-1856 (phone) |
| (303) 329-6410 (facsimile) | James.burgess@ssa.gov |
| raalaw1021@qwestoffice.net | Attorney for Defendant |
| Attorney for Plaintiff | |